## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03115-NYW

MOHAMMAD A. KHEIRANDISH PISHKENARI,

    Plaintiff,

v.

WILLIAM P. BARR,
KEVIN K. McALEENAN, and
KENNETH CUCCINELLI,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c).

    IT IS ORDERED that a Status Conference is hereby set for **February 6, 2020 at 9:30 a.m.** in Courtroom A-1002, 10th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LR 16.2; however, the Parties shall be prepared to address the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

    IT IS FURTHER ORDERED that the parties shall complete and file the Consent/Non-Consent Form indicating either unanimous consent of the parties or that consent has been declined, on or before **January 23, 2020**.

DATED: December 3, 2019